IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:03CV199

| | |
|---|---|
| DEBORAH JEAN INGLE, ) <br> Administrator of the Estate of ) <br> Christopher James Burt Ingle, ) <br> ) <br> Plaintiff, ) <br> ) <br> Vs. ) <br> ) <br> MIKE YELTON, in his official ) <br> and individual capacities; ) <br> CHRIS YOUNG, in his official ) <br> and individual capacities; ) <br> JOE JOHNSON, in his official ) <br> and individual capacities; and ) <br> THE CITY OF ASHEVILLE, ) <br> ) <br> Defendants. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

By Order entered June 16, 2006, the Court directed Plaintiff's counsel to file a written statement on or before June 30, 2006, explaining why a responsive filing to the supplemental material from the North Carolina State Bureau of Investigation was necessary. No such statement has been filed by the Plaintiff.

**IT IS, THEREFORE, ORDERED** that, the Plaintiff having failed to respond, no such responsive filing may be made.

Signed: July 11, 2006

Lacy H. Thornburg
United States District Judge