# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:03CV199

| | |
|---|---|
| DEBORAH JEAN INGLE, Administrator of the Estate of Christopher James Burt Ingle, )<br><br>Plaintiff, )<br><br>Vs. )<br><br>MIKE YELTON, in his official and individual capacities; CHRIS YOUNG, in his official and individual capacities; JOE JOHNSON, in his official and individual capacities; and THE CITY OF ASHEVILLE, )<br><br>Defendants. ) | **J U D G M E N T** |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendants' renewed motion for summary judgment is **ALLOWED**, and this matter is hereby **DISMISSED WITH PREJUDICE** in its entirety.

2

Signed: March 16, 2007

*[signature]*

Lacy H. Thornburg
United States District Judge